Date: 08/10/10         DIVIDENDS REMITTED TO THE COURT    #150736         Page: 1

Case Number 09-11949 - LOPEZ, LISA INEZ

cb/09

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PRA Receivables Management, LLC as agent for PHYSICIANS LINK CENTERS INC PO Box 12907 Norfolk VA 23541 | 000007 | 108.74 | 4.25 |
| ---------- Remittance Total ---------- | | 108.74 | 4.25 |

*[signature]*
LAUREN A. HELBLING, Trustee

2010 AUG 10 PM 3:21
FILED
NORTHERN DISTRICT OF OHIO
CLEVELAND

Printed: 08/10/10 11:32 AM   Ver: 15.10d

#150736

Claim 000007, Payment 3.90841%
PRA Receivables Management, LLC as agent for
PHYSICIANS LINK CENTERS INC
PO Box 12907
Norfolk VA 23541

LAUREN A. HELBLING
1370 Ontario Street, #450
CLEVELAND, OH 44113

**BANK OF AMERICA, N.A.**
32-1/1110 TX
0

CHECK NUMBER
**109**

| DATE | AMOUNT |
|---|---|
| 08/10/10 | ***********4.25 |

2496503

PAY TO THE ORDER OF

United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114

| CASE NUMBER | ESTATE OF |
|---|---|
| 09-11949 AIH | Debtor: LOPEZ, LISA INEZ |

*Four Dollars And 25/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑃000109⑃ ⑄1110000121⑄ 4437692883⑃

FILED 2010 AUG 10 PM 3:24
NORTHERN DISTRICT OF OHIO
CLEVELAND